**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-60606
Summary Calendar

JIMMY K. GREEN,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
(4:96-CV-99 LS)

April 22, 1998

Before POLITZ, Chief Judge, DAVIS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Jimmy K. Green appeals the district court's judgment affirming the decision of the Social Security Commissioner denying disability benefits pursuant to 42 U.S.C. § 405(g). He challenges the Commissioner's determination that Green could perform his past relevant work and argues that the administrative law judge erred in rejecting his subjective assertions of pain and in not soliciting vocational

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

testimony.

We have reviewed the record and the briefs of the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge and adopted by the district court.[1] In addition, we strongly caution counsel that future briefs containing misrepresentations of the law and obviously inapplicable legal arguments will result in the rejection of his briefs and in sanctions.

AFFIRMED; SANCTIONS WARNING ISSUED.

---

[1] **Green v. Chater**, 4:96-CV-99 LS (E.D.Miss. Aug. 7, 1997).